UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HORACE JOLLY, JR.,**

    **Plaintiff,**

v.                                        Case No.  8:05-cv-1255-T-30MAP

**STATE OF FLORIDA, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. The Court entered an Order (Dkt. #9) on January 31, 2006, which directed the Plaintiff to "verify exhaustion of all administrative remedies" and submit copies of the required grievances, appeals, and responses thereto, within twenty days of said Order. Plaintiff has failed to do so.

It is therefore ORDERED AND ADJUDGED that:

1.    This case is DISMISSED without prejudice.

2.    The Clerk is directed to terminate any pending motions and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on June 16, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2005\05-cv-1255.dismissal non comply.frm